957 A.2d 225

**JPMORGAN CHASE BANK, N.A., as Trustee for the Registered Holders of ABFS Mortgage Pass–Through Certificates Series 2002–4, Respondents**

v.

**JOONG H. WHANG and Youn O. Whang, Petitioners.**

**No. 63 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 11, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2008, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**